141 P.3d 1047

# SUPREME COURT OF HAWAI‘I

State v. Chatman ................................. 26763     08/03/2006   Affirmed in part, vacated in part